PETER POLEMENAKOS, Appellant, *v.* JULIUS COHN et al., Respondents.

(Argued June 13, 1932; decided July 19, 1932.)

*Frank Gibbons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.